

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

CHARLES H. RABON, JR.
WELLS DAISLEY RABON, P.A.
1616 CLEVELAND AVE.
CHARLOTTE, NC 28203

GREENSBORO
NC 274
25 MAY '19
PM 5 L

FIRST-CLASS MAIL
neopost
05/24/2019
US POSTAGE $00.50⁰
ZIP 27401
041L11240987

RECEIVED / INSPECTED
JUN 03 2019
CLERK US DISTRICT COURT
GREENSBORO NC

FORWARD TIME EXP RTN TO SEND
JAMESON P WELLS PA
910 EAST BLVD #200
CHARLOTTE NC 28203-5204

RETURN TO SENDER

