IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.*, ) | |
| STATE OF ALASKA, *ex. rel.*, ) | |
| STATE OF CALIFORNIA, *ex. rel.*, ) | |
| STATE OF COLORADO *ex. rel.*, ) | |
| STATE OF CONNECTICUT *ex. rel.*, ) | |
| STATE OF DELAWARE *ex. rel.*, ) | |
| DISTRICT OF COLUMBIA *ex. rel.*, ) | |
| STATE OF FLORIDA *ex. rel.*, ) | |
| STATE OF GEORGIA *ex. rel.*, ) | |
| STATE OF HAWAI! *ex. rel.*, ) | |
| STATE OF ILLINOIS *ex. rel.*, ) | |
| STATE OF INDIANA *ex. rel.*, ) | |
| STATE OF IOWA *ex. rel.*, ) | |
| STATE OF LOUISIANA *ex. rel.*, ) | |
| STATE OF MARYLAND *ex. rel.*, ) | |
| COMMONWEALTH OF MASSACHUSETTS ) | |
| *ex. rel.*; ) | 1:18-CV-489 |
| STATE OF MICHIGAN *ex. rel.*, ) | |
| STATE OF MINNESOTA *ex. rel.*; ) | |
| STATE OF MONTANA *ex. rel.*, ) | |
| STATE OF NEVADA *ex. rel.*, ) | |
| STATE OF NEW JERSEY *ex. rel.*, ) | |
| STATE OF NEW MEXICO *ex. rel.*, ) | |
| STATE OF NEW YORK *ex. rel.*, ) | |
| STATE OF NORTH CAROLINA *ex. rel.*, ) | |
| STATE OF OKLAHOMA *ex. rel.*, ) | |
| STATE OF RHODE ISLAND *ex. rel.*, ) | |
| STATE OF TENNESSEE *ex. rel.*, ) | |
| STATE OF TEXAS *ex. rel.*, ) | |
| STATE OF VERMONT *ex. rel.*, ) | |
| COMMONWEALTH OF VIRGINIA *ex. rel.*, ) | |
| STATE OF WASHINGTON *ex. rel.*, ) | |
| CITY OF PHILADELPHIA, ) | |
| PENNYSLVANIA *ex. rel.*, ) | |
| COUNTY OF ALLEGHENY PENNSYLVANIA ) | |
| *ex. rel.*, ) | |
| ) | |
| RICHARD HUFF ) | |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |

|   |   |
|---|---|
| COMFORTLAND MEDICAL, INC., COMFORTLAND MEDICAL, LLC, DR. DAVID TSUI, and LOIS TSUI, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

THIS CAUSE comes before the Court for consideration of the Notice of Election to Decline Intervention and Consent to Voluntary Dismissal filed on behalf of Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Washington and the District of Columbia, the Commonwealth of Massachusetts, and the Commonwealth of Virgin[ (collectively referred hereafter as "the States"). The States have notified the Court of their decision to decline to intervene in this action pursuant to their respective state statues.

**THEREFORE, IT IS ORDERED** that:

1. The Relator's counsel shall serve all pleadings, motions and orders filed in this action, including supporting memoranda, upon the States;

2. The States may order any deposition transcripts, and move to intervene in this action for good cause at a later date.

3. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

This the 17th day of June, 2019.

_____
The Honorable Catherine C. Eagles
United States District Judge