IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES, ex rel. RICHARD HUFF, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA, THE STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, and WASHINGTON, THE DISTRICT OF COLUMBIA,<br><br>      Plaintiffs,<br><br>v.<br><br>COMFORTLAND MEDICAL, INC., COMFORTLAND INTERNATIONAL, LLC, and LOIS TSUI,<br><br>      Defendants. | Case No.: 5:18-cv-489<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      NOW COMES The Individual Plaintiff-Relator, by and through counsel, and pursuant to Rule 41(a)(1)(A)(i), and 31 U.S.C. §3730(b), and files this his Notice of Voluntary Dismissal Without Prejudice, which is being filed before any opposing party has been served and before any opposing party has served either an answer or a motion for summary judgment. The Individual Plaintiff-Relator further states to the Court that the United States and the Plaintiff States have informed his counsel in writing by electronic mail received May 22, 2019, through

1

Cassie Crawford, Assistant United States Attorney, and U.S. mail dated May 28, 2019, through Lareena Phillips, North Carolina Special Deputy Attorney General, and on behalf of the Plaintiff States, that both the United States and the Plaintiff States consent to this Voluntary Dismissal Without Prejudice, which also is without prejudice to both the United States and the Plaintiff States, and that the United States has previously filed and served its *Notice of Election to Decline Intervention* on May 22, 2019.

This the 21st day of June, 2019.

/s/ Charles H. Rabon, Jr.
Charles H. Rabon, Jr.
NC State Bar No. 16800
CRabon@usfraudattorneys.com

Rabon Law Firm, PLLC
413 S. Sharon Amity Rd.
Suite C
Charlotte, NC 28211
Tel. 704-247-3247
Fax 704-208-4645

*Counsel for Plaintiff-Relator*

**CERTIFICATE OF SERVICE**

This is to certify that on this date I served a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** which was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of the electronic to the following individuals:

| | |
|---|---|
| Cassandra Crawford | cassie.crawford@usdoj.gov |
| Lareena Phillips | lphillips@ncdoj.gov |

This the 21st day of June, 2019.

/s/ Charles H. Rabon, Jr.
Charles H. Rabon, Jr.