# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) | |
| STATE OF ALASKA, *ex rel.*, ) | |
| STATE OF CALIFORNIA, *ex rel.*, ) | |
| STATE OF COLORADO, *ex rel.*, ) | |
| STATE OF CONNECTICUT, *ex rel.*, ) | |
| STATE OF DELAWARE, *ex rel.*, ) | CASE NO.: 18-cv-489 |
| DISTRICT OF COLUMBIA, *ex rel.*, ) | |
| STATE OF FLORIDA, *ex rel.*, ) | |
| STATE OF GEORGIA, *ex rel.*, ) | |
| STATE OF HAWAII, *ex rel.*, ) | |
| STATE OF ILLINOIS, *ex rel.*, ) | |
| STATE OF INDIANA, *ex rel.*, ) | |
| STATE OF IOWA, *ex rel.*, ) | |
| STATE OF LOUISIANA, *ex rel.*, ) | |
| STATE OF MARYLAND, *ex rel.*, ) | |
| COMMONWEALTH OF MASSACHUSETTS, *ex rel.*, ) | |
| STATE OF MICHIGAN, *ex rel.*, ) | |
| STATE OF MINNESOTA, *ex rel.*, ) | |
| STATE OF MONTANA, *ex rel.*, ) | |
| STATE OF NEVADA, *ex rel.*, ) | |
| STATE OF NEW JERSEY, *ex rel.*, ) | |
| STATE OF NEW MEXICO, *ex rel.*, ) | |
| STATE OF NEW YORK, *ex rel.*, ) | |
| STATE OF NORTH CAROLINA, *ex rel.*, ) | |
| STATE OF OKLAHOMA, *ex rel.*, ) | |
| STATE OF RHODE ISLAND, *ex rel.*, ) | |
| STATE OF TENNESSEE, *ex rel.*, ) | |
| STATE OF TEXAS, *ex rel.*, ) | |
| STATE OF VERMONT *ex rel.*, ) | |
| COMMONWEALTH OF VIRGINIA, *ex rel.*, ) | |
| STATE OF WASHINGTON, *ex rel.*, ) | |
| CITY OF PHILADELPHIA, PENNSYLVANIA *ex rel.*, ) | |
| COUNTY OF ALLEGHENY, PENNSYLVANIA *ex rel.* ) | |
| ) | |
| RICHARD HUFF ) | |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |
| ) | |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| COMFORTLAND MEDICAL, INC., | ) |
| COMFORTLAND MEDICAL, LLC, DR. DAVID TSUI, | ) |
| and LOIS TSUI, | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On June 21, 2019, Relator Richard A. Huff filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Dated: June 21, 2019

                            Respectfully submitted,

                            MATTHEW G.T. MARTIN
                            United States Attorney

                            /s/ *Cassie Crawford*
                            Cheryl T. Sloan, NCSB #12557
                            Assistant U.S. Attorney
                            Cassie L. Crawford, NCSB #45396
                            Assistant U.S. Attorney
                            101 S. Edgeworth St., 4th Floor
                            Greensboro, NC 27401
                            (336) 333-5351
                            cheryl.sloan@usdoj.gov
                            cassie.crawford@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this date I served a copy of the foregoing Notice of Consent to Dismissal which was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following individuals:

Charles H. Rabon, Jr.:

crabon@usfraudattorneys.com, rfreiert@usfraudattorneys.com

I have also served a copy of this filing via electronic mail (by consent) to Lareena J. Phillips, at lphillips@ncdoj.gov.

/s/ *Cassie Crawford*
Cheryl T. Sloan, NCSB #12557
Assistant U.S. Attorney
Cassie L. Crawford, NCSB #45396
Assistant U.S. Attorney
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
(336) 333-5351
cheryl.sloan@usdoj.gov
cassie.crawford@usdoj.gov